# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GRANITE STATE INSURANCE CO.,

    Plaintiff,

v.

                                  Case No. 15-14144

SONGER STEEL SERVS., INC.,

    Defendant.
    _____/

## ORDER ADMINISTRATIVELY CLOSING THE CASE

The court held a telephonic status conference on March 9, 2016.  The parties have successfully reached a multi-party agreement with the litigants in the related state court proceeding, allowing Plaintiff reasonable but limited participation in that discovery process and, potentially, any eventual global settlement.   The court finds that in the interest of judicial economy, matters in this proceeding should be stayed while the parties focus their efforts on a global settlement.  Accordingly,

IT IS ORDERED that the case is STAYED and ADMINISTRATIVELY CLOSED for statistical purposes only, without prejudice to any party's rights.  All further deadlines in this case are SUSPENDED as well. The parties are DIRECTED to notify the court if a global settlement agreement is reached so that the court may formally dismiss the case.

IT IS FURTHER ORDERED that the parties INFORM the court of the progress of discovery and global settlement negotiations in a telephonic status conference to be held on **July 19, 2016 at 10:30 a.m.**  In the event settlement is reached before that date, the parties shall submit a stipulated order of dismissal and the telephone

conference will be canceled.

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 18, 2016, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522